IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 MAR 27 AM 9: 33
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

| | |
|---|---|
| ALEXANDER STROSS,        § | |
|     PLAINTIFF,      § | |
| § | |
| V.                                           § | CAUSE NO. A-18-CV-00110-LY |
| § | |
| GRAND OPENINGS, INC.; AND § | |
| DOES 1 THROUGH 10,       § | |
|     DEFENDANTS. § | |
| § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is Plaintiff Alexander Stross's Plaintiff's Notice of Dismissal With Prejudice filed March 22, 2018 (Clerk's Document No. 11). By the notice Stross informs the court that the parties through their attorneys, settled this action pursuant to a settlement agreement dated March 14, 2018, and that all claims alleged in this action against all defendants in this action may be dismissed with prejudice. Having reviewed the notice, the case file, and the applicable law,

**IT IS ORDERED** that all of Plaintiff Alexander Stross's claims alleged in this action against Defendant Grand Openings, Inc. and Does 1 through 10 are **DISMISSED WITH PREJUDICE**.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___27th___ day of March, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE